# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA BANKS-REED, ET AL.,** | CASE NO. 18-cv-05755-YGR |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT STATEMENT** |
| **BAY AREA RAPID TRANSIT, ET AL.,** | |
| Defendants. | |

The parties are scheduled for a Case Management Conference on Monday December 17, 2018. The parties have failed to file a Joint Case Management Statement as required by the Civil Local Rules.

"Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f), counsel must file a Joint Case Management Statement . . . ," namely seven (7) days before the conference. Civil L.R. 16-9(a).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to file a Joint Case Management Statement in a timely manner. A hearing on this Order to Show Cause will be held on **Monday, January 7, 2019,** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, December 28, 2018**, the parties must file either (1) a Joint Case Management Statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response,

or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for December 17, 2018 is **CONTINUED** to **Monday, January 7, 2019, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**