# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **18-CV-05755-YGR**

Date case was first filed in U.S. District Court:

Date of judgment or order you are appealing: **11/15/2018 (Dkt. No. 47)**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Joseph Mateu III

Is this a cross-appeal? ☐ Yes  ☒ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

Allen Glaessner Hazelwood & Werth

180 Montgomery, Suite 1200

City: San Francisco   State: CA   Zip Code: 94104

Prisoner Inmate or A Number (if applicable):

Signature: /s/Dale L. Allen   Date: 12/4/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                  Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Joseph Mateu II

Name(s) of counsel (if any):

Dale L. Allen, Jr.
Lori A. Sebransky

Address: 180 Montgomery, San Francisco, CA 94104

Telephone number(s): 415-697-2000

Email(s): dallen@aghwlaw.com; LSebransky@aghwlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Yolanda Banks-Reed; S.A.T., a minor; S.I.T., a minor; The Estate of Sahleem Tindle by and through its administrator Laron Mayfield

Name(s) of counsel (if any):

John L. Burris;  Lateef Gray; Benjamin Nisenbaum

Address: 7677 Oakport Street, Suite 1120, Oakland, CA 94621

Telephone number(s): (510) 839-5200

Email(s): john.burris@johnburrislaw.com; lateefgray1@gmail.com;

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**               2               *New 12/01/2018*