UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: February 13, 2020

## JURY TRIAL MINUTES

Case No.  18-cv-5755-YGR

Case Name:  Yolanda Banks-Reed v. Joseph Mateu III

Time: 8:00am-8:35am- counsel ; 8:35am-10:02am; 10:17am-11:43am; 12:00pm-1:37pm 1:50pm-2:22pm.

Counsel time: 2:24pm-3:00pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                **Court Reporter: RAYNEE MERCADO**

## COUNSEL FOR PLTF

John Burris; Benjamin Nisenbaum, Lateef Gray and Alexandra Ramirez

## COUNSEL FOR DEFT:

Dale Allen and Patrick Moriarty

Defendant: Joseph Mateu III

**Voir Dire Began: 2/10/2020**

**Trial Began:  2/11/2020**         Further Trial:  TUESDAY, 2/18/2020 AT 8:30AM for Further Jury Deliberation. Counsel to be present at 8:30AM.

## JURY TRIAL PROCEEDINGS:

Case called. Discussion with counsel. Jury enters courtroom. Defendant attorney Allen calls **witness Steve Papenfuhs** for Direct.  Plaintiff attorney Burris Cross of witness Papenfuhs.   RECESS.  Discussion with counsel. Recess. Plaintiff attorney Burris resumes Cross of witness Papenfuhs.  Redirect. Re-Cross.  Redirect.

**DEFENSE RESTS**.  Court gives Instructions to the Jury. Plaintiff attorney Nisenbaum Closing Statement. Defendant attorney Allen Closing statement.  RECESS,  Discussion with counsel.  Jury enters courtroom. Plaintiff attorney Burris Rebuttal Closing Statement.  Court gives Instructions to Jury re Deliberation,  Jury exits courtroom and begins Deliberations at 2:22pm. Discussion with counsel. Rule 50 Motions held.

Jury Note at 2:41pm. Jury leaves at 3:00pm today. Jury will return on Tuesday 2/18/2020 at 8:30am for further deliberations.

**Exhibits Admitted:  Court indicated on the record all of the exhibits admitted in evidence: 1, 1A, 5, 9A-9X, 10B; 10B-1, 10D; 103-A-103-H**

**FURTHER JURY TRIAL: Tuesday 2/18/2020 at 8:30am for Jury Deliberation; Counsel to be present at 8:30am.**