UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: February 18, 2020

## JURY TRIAL MINUTES

Case No. 18-cv-5755-YGR

Case Name: Yolanda Banks-Reed v. Joseph Mateu III

Time: 8:20am JURY deliberation began; 11:25am-11:30am recess; 11:30am-1:35pm deliberation.

Counsel: 8:30am-9:09am.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone               **Court Reporter: RAYNEE MERCADO**

### COUNSEL FOR PLTF

John Burris; Benjamin Nisenbaum, Lateef Gray and Alexandra Ramirez

### COUNSEL FOR DEFT:

Dale Allen and Patrick Moriarty

Defendant: Joseph Mateu III

**Voir Dire Began: 2/10/2020**

**Trial Began: 2/11/2020**      Further Trial: **WEDNESDAY**, **2/19/2020 AT 8:15AM/8:30AM for Further Jury Deliberation. Counsel to be present at 8:30AM.**

### JURY TRIAL PROCEEDINGS:

Case called. Discussion with counsel re Jury Instructions. Recess for counsel. Jury note 8:52am.

1:35pm Jury leaves for the day; returns 2/19/2020 for further deliberation.

**FURTHER JURY TRIAL: Wednesday 2/19/2020 at 8:30am for Jury Deliberation; Counsel to be present at 8:30am.**