UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date:  February 26, 2020

## JURY TRIAL MINUTES

Case No.  18-cv-5755-YGR

Case Name:  Estate of Sahleem Tindle v. Joseph Mateu III

**Time:**  8:00am-8:25am; 8:52am-8:55am; 9:20am-11:22am ; 11:30am- 12:51pm;[ 12:52pm-1:16pm-counsel]; 1:30pm-2:18pm;[ 2:19pm-2:26pm; 2:36pm-2:39pm- counsel]; 2:43pm- 3:10pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                **Court Reporter:** PAM HEBEL

### COUNSEL FOR PLTF

John Burris; Benjamin Nisenbaum, Latonia Robinson

Parties: Yolanda Banks- Reed and Ciara Turner

### COUNSEL FOR DEFT:

Dale Allen and Patrick Moriarty

Defendant: Joseph Mateu III

**Voir Dire Began: 2/26/2020**

**Trial  to  Begin: 2/27/2020**        Further Trial**:   Thursday, 2/27/2020  AT 8:30AM for TRIAL.  Counsel to be present at 8:00AM.**

### JURY TRIAL PROCEEDINGS:

**Case called.  Discussion with counsel.  Recess.  Discussion with counsel. Recess. Juror panel enters courtroom for roll call.  Judge enters and entire panel sworn.  Voir dire begins.  Recess. Resume voir dire.  Recess. Discussion with counsel.  Recess. Judge enters courtroom.  8 Jurors sworn as jury.  Remainder of panel dismissed. Court gives instructions to the Jury. Recess for Jury for the day.**

**Further Jury Trial – Evidentiary portion begins on Thursday, 2/27/2020 at 8:30am for Jury; Counsel to be present at 8:00am.**