FILED
MAR 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF SAHLEEM TINDLE,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH MATEU, III,<br><br>Defendant. | CASE NO. 18-cv-05755-YGR<br><br>VERDICT FORM |

WE, THE JURY IN THE ABOVE-ENTITLED CASE, unanimously render the following verdicts:

**Question 1:** Did JOSEPH MATEU III use unreasonable force against SAHLEEM TINDLE?

    ✓ Yes      _____ No

*If you answered "yes" to Question 1, please answer Question 2. If you answered "no," sign and date this form.*

**Question 2:** Did that unreasonable force used by JOSEPH MATEU III cause SAHLEEM TINDLE's death?

    ✓ Yes      _____ No

*If you answered "yes" to Question Number 2, answer all remaining questions (Special Interrogatories 1 and 2 and Damages):*

**Special Interrogatory 1:** Did SAHLEEM TINDLE possess the gun in the moments before JOSEPH MATEU III fired his weapon?

    ✓ Yes      _____ No

**Special Interrogatory 2:** Was SAHLEEM TINDLE attempting to surrender in the moments before JOSEPH MATEU III fired his weapon?

    ✓ Yes      _____ No

## DAMAGES

WE, THE JURY AWARD THE FOLLOWING DAMAGES:

$ 5.375 Million

OR

Nominal Damages (not to exceed one dollar) $ _____

Please **sign and date** this verdict form, then return to the Court.

Dated: 03/05/2020

1
FOREPERSON NUMBER

*[signature]*
FOREPERSON SIGNATURE

2