Case 4:18-cv-05755-YGR   Document 135   Filed 03/11/20   Page 1 of 2

FILED
MAR 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF SAHLEEM TINDLE,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH MATEU, III,<br><br>Defendant. | CASE NO. 18-cv-05755-YGR<br><br>VERDICT FORM (PHASE TWO) |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously render the following verdicts:

**Question 1:** Did PLAINTIFFS prove by a preponderance of the evidence that JOSEPH MATEU III was negligent under California law for the use of unreasonable force by a law enforcement officer in the arrest or other seizure of a person?

    __✓__ Yes      _____ No

*If you answered "yes" to Question 1, please answer Question 2. If you answered "no," sign and date this form.*

**Question 2:** Did JOSEPH MATEU III prove by a preponderance of the evidence that SAHLEEM TINDLE's own negligence was a substantial factor in his death?

    __✓__ Yes      _____ No

*If you answered "yes" to Question Number 2, please answer all remaining questions. If you answered "no," skip Question 3 and proceed to the "Damages" section.*

**Question 3:** What percentage of responsibility for SAHLEEM TINDLE's death do you assign to:

| | |
|---|---|
| JOSEPH MATEU III: | 32 % |
| SAHLEEM TINDLE: | 68 % |
| TOTAL | 100% |

## DAMAGES

**WE, THE JURY AWARD THE FOLLOWING DAMAGES:**

    Economic Damages:      $ 10,800.00

    Noneconomic Damages:      $ 1,900,000.00

Please **sign and date** this verdict form, then return to the Court.

Dated: 03/11/2020

_____
FOREPERSON NUMBER

_/s/ Jonathan C. Yau___
FOREPERSON SIGNATURE