## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-05755-YGR
Case Name: **Estate of Sahleem Tindle  et al. v Joseph Mateu III (Re-trial)**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| **Yvonne Gonzalez Rogers** | Dale Allen, Patrick Moriarty | John Burris; Ben Nisenbaum |
| **TRIAL DATE: 2/26/2020** | **REPORTER(S) PAM HEBEL** | **CLERK: Frances Stone** |
| | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2/26/2020 | | | **COURT REPORTER: PAM HEBEL** | |
| | | **8:00am** | | | Case called. Discussion with counsel. | |
| | | **8:25am** | | | **RECESS** | |
| | | 8:52am | | | **Discussion with counsel re witness scheduling** | |
| | | **8:55am** | | | **RECESS** | |
| | | **9:20am** | | | **Jury Panel enters courtroom for roll call** | |
| | | **9:50am** | | | **Judge enters courtroom. Panel sworn.** | |
| | | **9:51am** | | | **Voir Dire begun** | |
| | | **11:17am** | | | **Recess for Panel** | |
| | | **11:18am** | | | **Discussion with counsel** | |
| | | **11:22am** | | | **Recess for counsel** | |
| | | **11:29am** | | | **Discussion with counsel [re excused for cause]** | |
| | | **11:30am** | | | **Jury Pane enters courtroom** | |
| | | **12:51pm** | | | **Recess for panel (return at 1:20pm)** | |
| | | **12:52pm** | | | **Discussion with counsel re challenges for cause** | |
| | | **1:00pm** | | | **RECESS for counsel** | |
| | | **1:17pm** | | | **Discussion with counsel re challenges for cause** | |
| | | **1:30pm** | | | **Jury panel enters courtroom. Voir dire resumes** | |
| | | **1:48pm** | | | **Plaintiff attorney John Burris voir dire of jurors in jury box** | |
| | | **2:02pm** | | | **Defendant attorney Patrick Moriarty voir dire of jurors in jury box** | |
| | | **2:18pm** | | | **Recess for Juror panel** | |
| | | **2:19pm** | | | **Discussion with counsel re challenges for cause and peremptory challenges** | |
| | | **2:26pm** | | | **Recess for counsel** | |
| | | **2:36pm** | | | **Discussion with counsel.** | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:43pm | | | Jury Panel enters courtroom and all seated in the gallery seating | |
| | | 2:44pm | | | Jury of 8 seated in the box | |
| | | 2:46pm | | | Jury Sworn. Remainder of Juror Panel dismissed | |
| | | 2:47pm | | | Court gives Instructions to the Jury | |
| | | 3:10pm | | | Jury recess for the day. Trial set 2/27/2020 at 8:30am for Jury. Counsel to be present at 8:00am | |
| | | 3:10pm | | | Discussion with counsel. RECESS. | |
| | | 2/27/2020 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00am | | | Case called. Discussion with counsel re title of case. | |
| | | 8:12am | | | RECESS | |
| | | 8:15am | | | Discussion with counsel | |
| | | 8:18pm | | | RECESS | |
| | | 8:35pm | | | Discussion with counsel at bench re note | |
| | | 8:36pm | | | RECESS | |
| | | 8:59pm | | | Judge enters courtroom | |
| | | 8:54am | | | Jury enters courtroom | |
| | | 8:54am | | | Court instructs the Jury | |
| | | 9:14am | | | Plaintiff attorney Benjamin Nisenbaum Opening Statement | |
| 1A | | | | | Video 1A played in Courtroom | |
| 10-B | | 9:44am | | | Slowed version of Video played in Courtroom | |
| | | | | | Portion OIS Interview played in Courtroom | |
| | | 9:53am | | | Defendant attorney Dale Allen Opening Statement | |
| | | 10:30am | | | RECESS (15 min) | |
| | | 10:45am | | | Plaintiff attorney Nisenbaum calls witness Gregg Stutchman for Direct | P |
| | | 10:55am | | | Plaintiff attorney Nisenbaum offers witness Stutchman as Expert witness | |
| | | 10:56am | | | Court accepts as expert witness as stated on the record | |
| | | 10:56am | | | Plaintiff attorney Nisenbaum resumes Direct of witness Stutchman | |
| 9A-9X | | | X | X | 9A-9X Photos  admitted in evidence | |
| 10B-1 | | | X | X | Video played in courtroom | |
| 10-B | | | X | X | Video | |
| | | 11:13am | | | Defendant attorney Patrick Moriarty Cross of witness Stutchman | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | | | X | X | **Photos 9A, 9E, 9I, 9M, 9B, 9F, 9J, 9N, 9C, 9G, 9K, 9D, 9H, 9L** | |
| | | 11:42am | | | **Plaintiff attorney Nisenbaum Redirect of witness Stutchman** | |
| | | 11:53am | | | **Defendant attorney Moriarty Re-Cross of witness Stutchman** | |
| | | 11:56am | | | **Plaintiff attorney Nisenbaum Redirect of witness Stutchman** | |
| | | 11:58am | | | **RECESS (15 min)** | |
| | | 12:18pm | | | **Jury enters courtroom** | |
| | | 12:19pm | | | **Plaintiff attorney Nisenbaum calls witness Dr. John Iocco for Direct** | **P** |
| | | 12:24pm | | | **Plaintiff attorney offers witness Iocco as expert witness** | |
| | | 12:24pm | | | **Court accepts witness as expert witness as stated on the record** | |
| | | 12:24pm | | | **Plaintiff attorney Nisenbaum resumes direct of witness Iocco** | |
| | | 12:34pm | | | **Defendant attorney Moriarty cross of witness Iocco** | |
| | | 12:49pm | | | **Plaintiff attorney Nisenbaum Redirect of witness Iocco** | |
| | | 12:50pm | | | **Witness excused from stand** | |
| | | 12:53pm | | | **Plaintiff attorney Nisenbaum calls witness Joseph Mateu for Direct** | **P** |
| | | 1:35pm | | | **RECESS for Jury for the day. Further Jury trial set 2/28/2020 at 8:30am.** | |
| | | 1:37pm | | | **Discussion with  counsel** | |
| | | 1:42pm | | | **RECESS for Counsel. 2/28/2020 at 8:00am counsel to be present** | |
| | | 2/28/2020 | | | **COURT REPORTER: PAM HEBEL** | |
| | | 8:00am | | | **Discussion with counsel. Recess** | |
| | | 8:01am | | | **Case called. Discussion with counsel. Caption of the current case will be: ESTATE OF SAHLEEM TINDLE, et al. VS. JOSEPH MATEU, III** | |
| | | 8:03am | | | **RECESS** | |
| | | 8:19am | | | **Discussion with counsel.** | |
| | 103E-1 | | | | **One page frame** | |
| | | 8:22am | | | **RECESS for counsel** | |
| | | 8:23am | | | **Jury enters courtroom.** | |
| | | 8:24am | | | **Plaintiff attorney Nisenbaum Resumes Direct of Witness Joseph Mateu** | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:37am | | | Portion of OIS interview played in the courtroom | |
| | | 8:50am | | | Portion fo OIS interview played in courtroom | |
| | | 8:51am | | | Portion of deposition of Mateu read in courtroom | |
| | | 8:52am | | | Portion of deposition of Mateu read in courtroom | |
| | | 9:06am | | | Portion of OIS interview played in courtroom | |
| | | 9:10am | | | Defendant attorney Allen Cross of witness Mateu | |
| | | 9:50am | | | Plaintiff attorney Nisenbaum Redirect of witness Mateu | |
| | | 9:53am | | | Portion of OIS interview played in courtroom | |
| | | 10:00am | | | Defendant attorney Allen Re-Cross of witness Mateu | |
| | | 10:01am | | | RECESS(15 min) | |
| | | 10:16am | | | Discussion with counsel | |
| | | 10:18am | | | Jury enters courtroom | |
| | | 10:18am | | | Discussion with counsel at bench re jury note/question | |
| | | 10:20am | | | Plaintiff attorney Burris calls witness Roger Clark for Direct | P |
| | | 10:47am | | | Plaintiff attorney Burris offers witness Clark as expert. Court accepts witness Clark as expert witness as stated on the record | |
| | | 10:48am | | | Plaintiff attorney Burris resumes Direct of witness Clark | |
| 10-B-1 | | | | | Video | |
| | | 11:30am | | | Defendant attorney Allen Cross of Witness Roger Clark | |
| | | 11:44am | | | RECESS for Jury (15 min) | |
| | | 11:45am | | | Discussion with counsel | |
| | | 11:46am | | | RECESS for counsel | |
| | | 12:00pm | | | Discussion with counsel | |
| | | 12:01pm | | | Jury enters courtroom | |
| | | 12:01pm | | | Defendant attorney Allens resumes Cross of witness Roger Clark | |
| | | 12:25pm | | | Plaintiff attorney Burris Redirect of witness Clark | |
| | | 12:30pm | | | Break in proceeding | |
| | | 12:30pm | | | Discussion with counsel at bency re jury note/question | |
| | | 12:31pm | | | Court asks witness Clark question re jury note | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:32pm | | | Court Instructs Jury re response to jury question re note | |
| | | 12:33pm | | | **PLAINTIFF RESTS** | |
| | | | | | Defense Rule 58 motion to be held later. | |
| | | 12:34pm | | | Defendant attorney Moriarty calls witness Jason Fries for Direct | D |
| | | 12:38pm | | | Defendant attorney Moriarty offers witness Fries as expert witness. Court accepts as expert witness as stated on the record | |
| | | 12:39pm | | | Defendant attorney Moriarty resumes Direct of witness Fries | |
| | 103A | | X | X | Slide | |
| | 103B | | X | X | Slide(photo) | |
| | 103E-1 | | X | X | Slide(photo) | |
| | 103H | | X | X | Slide(photo) | |
| | 103A | | X | X | Slide(photo) (from 208) | |
| | 103E-1 | | X | | Slide (photo)with writing on it by witness | |
| | 103E | | X | X | Slide(photo) | |
| | | 1:19pm | | | Plaintiff attorney Nisenbaum Cross of witness Fries | |
| 10-B-1 | | | | | Video played in courtroom | |
| | | 1:32pm | | | Discussion with counsel at bench | |
| | | 1:33pm | | | Plaintiff attorney Nisenbaum resumes Cross of witness Fries | |
| | | 1:38pm | | | Defendant attorney Moriarty Redirect of witness Fries | |
| | | 1:39pm | | | Jury note/question ) handed to CRD in courtroom | |
| | | 1:41pm | | | Discussion with counsel at bench re jury note/question. | |
| | | 1:42pm | | | Court instructs Jury re "Do Not" instructions | |
| | | 1:43pm | | | Witness Jason Fries returns to stand re Jury note/question. | |
| | | 1:44pm | | | Court reads jury note question to witness Fries on the stand. | |
| | | 1:47pm | | | Plaintiff attorney Nisenbaum Cross of witness Fires re jury note/question and witness response | |
| | | 1:48pm | | | Witness excused from the stand | |
| | | 1:49pm | | | RECESS for Jury for the day.  Further Jury Trial set 3/2/2020 at 8:30am | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:50pm | | | **Discussion with counsel re Oral Motion for Judgment as a matter of Law ; Rule 58 motion Held** | |
| | | 1:53pm | | | **Court ADMITS the following exhibits: 9A-9X; 10-B; 10D, 103A, 103E, 103E-1, 103H** | |
| | | 1:54pm | | | **Plaintiff informs the court that Plaintiff RESTS** | |
| | | 2:00pm | | | **RECESS for counsel for the day.  Further Jury trial set 3/2/2020 at 8:30am for Jury; Counsel to be present at 8:00am.** | |
| | | 3/2/2020 | | | **COURT REPORTER: PAM HEBEL** | |
| | | 8:00am | | | **Case called. Discussion with counsel.** | |
| | | 8:06am | | | **Recess** | |
| | | 8:07am | | | **Discussion with counsel** | |
| | | 8:18am | | | **Recess** | |
| | | 8:32am | | | **Judge enters courtroom** | |
| | | 8:33am | | | **Jury enters courtroom** | |
| | | 8:35am | | | **Court Instructs Jury as to response to a juror note/question of 2/28/2020** | |
| | | 8:37am | | | **Defendant attorney Allen calls witness Steve Papenfuhs for Direct** | **D** |
| | | 9:03am | | | **Defendant attorney Allen offers witness Papenfuhs as expert witness.  Court accepts witness Papenfuhs as expert witness as stated on the record** | |
| 5 | | | X | | **BART use of force policy – portion- I'D ONLY** | |
| | | 9:49am | | | **Plaintiff attorney Burris Cross of witness Papenfuhs** | |
| | | 10:02am | | | **RECESS(15 min)** | |
| | | 10:18am | | | **Judge enters courtroom** | |
| | | 10:19am | | | **Jury enters courtroom** | |
| | | 10:19am | | | **Plaintiff attorney Burris resumes Cross of witness Papenfuhs** | |
| | | 11:01am | | | **Defendant attorney Allen Redirect of witness Papenfuhs** | |
| | | 11:17am | | | **Plaintiff attorney Burris Re-Cross of witness Papenfuhs** | |
| | | 11:20am | | | **Witness excused from the stand** | |
| | | 11:21am | | | **DEFENSE RESTS. No Plaintiff Rebuttal case.** | |
| | | | | | **Discussion with counsel at bench re jury note/questions** | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
| | | 11:23am | | | Court Instruction to Jury re jury note/questions | |
| | | 11:25asm | | | COURT INSTRUCTS JURY (re Phase One of Trial) | |
| | | 11:46am | | | RECESS | |
| | | 12:02pm | | | Jury enters courtroom | |
| | | 12:03pm | | | Plaintiff attorney Nisenbaum Closing Statement | |
| | | 12:15pm | | | Portion of OIS Interview audio played in courtroom | |
| 10B | | | | | Slowed video played in courtroom | |
| | | 1:03pm | | | RECESS (10 min) | |
| | | 1:14pm | | | Jury enters courtroom | |
| | | 1:14pm | | | Defendant Allen Closing Statement | |
| | | 1:51pm | | | Defense completed closing | |
| | | 1:53pm | | | Plaintiff attorney Burris Rebuttal Closing statement | |
| | | 2:08pm | | | Court gives Further Instructions to the Jury | |
| | | 2:16pm | | | Jury exits to begin DELIBERATION (Phase One) | |
| | | 2:30pm | | | Recess for Counsel | |
| | | 3:00pm | | | Jury Note | |
| | | 3:05pm | | | Discussion with counsel re note | |
| | | 3:12pm | | | Recess for counsel | |
| | | 4:04pm | | | Jury leaves for the day and will return 3/3/2020 at 8:15am for Deliberation | |
| | | 4:04pm | | | Jury note | |
| | | 4:05pm | | | Discussion with counsel re Jury note. Counsel to return on 3/3/2020 at 8:00am for further discussion re Jury note/response | |
| | | 4:10pm | | | Recess for Counsel for the day. | |
| | | 3/3/2020 | | | COURT REPORTER:PAM HEBEL | |
| | | 8:00am | | | Discussion with counsel re Jury Note of 4:04pm on 3/2/2020 | |
| | | 8:03am | | | Recess for counsel | r |
| | | 8:25am | | | Jury Resumes Deliberation | |
| | | 8:26am | | | Jury enters courtroom re Response to Jury Note of 3/2/2020 at 4:04pm | |
| | | 8:30am | | | Jury exits courtroom and resumes Deliberations | |
| | | 8:30am | | | Recess for counsel | |
| | | 10:25am | | | Jury takes 15 min break re deliberation | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:40am | | | Jury Resumes Deliberations | |
| | | 2:05pm | | | RECESS for Jury for the day . Further Jury Deliberation 3/4/2020 at 8:15am | |
| | | 3/4/2020 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:30am | | | Jury Resumes Deliberation | |
| | | 8:35am | | | Jury scheduling note | |
| | | 1:00pm | | | Jury note | |
| | | 1:35pm | | | Discussion with counsel | |
| | | 1:40pm | | | Recess for counsel | |
| | | 3:41pm | | | Jury note | |
| | | 3:45pm | | | Discussion with counsel at bench | |
| | | 4:00pm | | | Recess for Counsel . Counsel to return 3/5/2020 at 8:00am. | |
| | | 4:00pm | | | Jury exits today at 4:00pm . Further Deliberations at 8:15am on 3/5/2020. | |
| | | 3/5/2020 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:01am | | | Discussion with counsel- off the record | |
| | | 8:05am | | | Discussion with counsel on the record | |
| | | 8:17pm | | | RECESS for counsel | |
| | | 8:19am | | | Discussion with counsel re jury schedule | |
| | | 8:22am | | | RECESS | |
| | | 8:35am | | | Jury resumes Deliberation | |
| | | 8:50am | | | Jury note re schedule | |
| | | 10:29am | | | Jury Note re verdict  [VERDICT SEALED] | |
| | | 10:34am | | | Court and counsel on the record in courtroom | |
| | | 10:36am | | | JURY ENTERS COURTROOM FOR PHASE TWO OF TRIAL- EVIDENTIARY PORTION | |
| | | 10:37am | | | Plaintiff attorney Nisenbaum Opening Statement | |
| | | 10:53am | | | Defendant attorney Moriarty Opening Statement | |
| | | 11:11am | | | Plaintiff attorney Nisenbaum calls witness Yolanda  Banks-Reed for Direct | |
| 7A | | | X | X | Photo | |
| 7B | | | X | X | Photo | |
| 7C | | | X | X | Photo | |
| 7D | | | X | X | Photo | |
| 7E | | | X | X | Photo | |
| 7F | | | X | X | Photo | |
| 7H | | | X | X | Photo | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| 7-O | | | X | X | Photo | |
| 8B | | | X | X | Photo | |
| 8C | | | X | X | Photo | |
| 8G | | | X | X | Photo | |
| | | 11:56am | | | Witness excused from stand | |
| | | 11:57am | | | Plaintiff attorney Burris calls witness Ciara Turner for Direct | |
| 10B | | | X | X | Video | |
| | | 12:18pm | | | Video portion played in courtroom | |
| | | 12:19pm | | | Recess for Jury (20 min) | |
| | | 12:20pm | | | Discussion with counsel | |
| | | 12:21pm | | | Recess for counsel | |
| | | 12:43pm | | | Discussion with counsel | |
| | | 12:45pm | | | Jury enters courtroom | |
| | | 12:45pm | | | Plaintiff attorney Burris resumes direct of witness Turner | |
| | | 12:56pm | | | Plaintiff attorney Nisenbaum Additional Direct of Witness Yolanda Banks-Reed | |
| | | 12:58pm | | | Witness excused from witness stand | |
| | | 12:59pm | | | Defendant attorney Moriarty resumes Cross of witness Turner | |
| 106 | | | X | | Multi-page document- I'D ONLY | |
| | | 2:00pm | | | Defendant attorney Moriarty resumes cross of witness Turner | |
| | | 2:00pm | | | Trial will resume TUESDAY,  3/10/2020 at 8:30am. NO Trial on Friday, 3/6/2020 and NO Trial on Monday, 3/9/2020. | |
| | | 2:01pm | | | RECESS for Jury for the day. Trial resumes TUESDAY, 3/ 10/2020 at 8:30am. | |
| | | 2:04pm | | | Recess for counsel for the day. Further Jury Trial 3/10/2020 at 8:00am for counsel; Jury at 8:30am | |
| | | 3/10/2020 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00am | | | Case called. Discussion with counsel.  Court admits the following Exhibits in Evidence: 7A-7-E and 7H and 7O; 8B, 8C, 8G; 9A-9X; 10-B-1, 10D; 10B, 103A, 103-E, 103 E-l; 103H, 101A-101D | |
| | | 8:09am | | | RECESS | |
| | | 8:29am | | | Jury enters courtroom | |
| | | 8:30am | | | Defendant attorney Moriarty calls witness Joseph Mateu for Direct. | |
| | | 8:33am | | | Plaintiff attorney Nisenbaum Cross of witness Mateu | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:34am | | | Witness Mateu excused from witness stand | |
| | | 8:35am | | | Recess for Jury | |
| | | 8:42am | | | Discussion with counsel | |
| | | 8:43am | | | Recess | |
| | | 8:44am | | | Discussion with  counsel | |
| | | 8:45am | | | Recess | |
| | | 8:52am | | | Witness Turner enters courtroom | |
| | | 8:53am | | | Jury enters courtroom | |
| | | 8:53am | | | Defendant attorney Moriarty resumes Cross of witness Ciara Turner | |
| | 107 | | X | | Police Report #150409849 | |
| | | 9:49am | | | Portion of video played in courtroom | |
| | 101A | | X | X | photo | |
| | 101C | | X | X | Photo | |
| | 101D | | X | X | Photo | |
| | | | | | Witness Turner marks on Exhibit 101D with red ink | |
| | | 9:59am | | | Plaintiff attorney Burris Redirect of witness Ciara Turner | |
| | | 10:12am | | | Defendant attorney Moriarty Recross of witness Turner | |
| | 108 | | X | | SF police Report page 6 #160766200 | |
| | | | | | Page 8 of 14 9-21/16 | |
| | | 10:22am | | | Plaintiff attorney Burris Redirect of witness Turner | |
| | | 10:24am | | | Witness excused from stand | |
| | | 10:24am | | | PLAINTIFF RESTS | |
| | | 10:25am | | | Defendant attorney Moriarty calls witness Michael Cardoza for Direct | D |
| | 101A | | X | X | Photo | |
| | 101B | | X | X | Photo | |
| | | 10:40am | | | RECESS (15 min) | |
| | | 10:56am | | | Jury enters courtroom | |
| | | 10:56am | | | Defendant attorney Moriarty resumes Direct of Witness Cardoza | |
| | 101C | | X | X | Photo | |
| | 101D | | X | X | Photo- with initials CT and a circle on it in red re Officer Mateu | |
| | 101C | | | | Photo | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:18am | | | Plaintiff attorney Nisenbaum Cross of witness Michael Carodoza | |
| | 101B | | X | X | Photo | |
| | | 11:48am | | | Defendant attorney Moriarty Redirect of witness Carodoza | |
| | | | | | Video portion played in courtroom | |
| | 101A | | X | X | Photo | |
| | | 12:00pm | | | Witness excused from Stand | |
| | | 12:01pm | | | Discussion with counsel at bench | |
| | | 12:02pm | | | Court directs question to witness Cardoza re jury note/question | |
| | | 12:03pm | | | Defendant attorney Moriarty Redirect of witness Cardoza | |
| | | 12:06pm | | | Plaintiff attorney Nisenbaum Re-Cross of witness Cardoza | |
| | | 12:08pm | | | Court asks question of witness re jury note/question | |
| | | 12:10pm | | | RECESS FOR JURY FOR LUNCH of 30 minutes | |
| | | 12:12pm | | | Discussion with counsel | |
| | 101D | | X | X | 101D with mark by witness . 101D with mark replaces exhibit 101D. | |
| | | 12:35pm | | | RECESS | |
| | | 12:40pm | | | Judge enters courtroom | |
| | | 12:41pm | | | Jury enters courtroom | |
| | | 12:42pm | | | Defendant attorney Moriarty calls witness Helena Wong for Direct | D |
| | | 12:45pm | | | Defendant attorney Moriarty offers witness Wong as expert witness. Court accepts as expert witness as stated on the record | |
| | | 12:46pm | | | Defendant attorney Moriarty resumes direct of witness Wong | |
| | | 1:08pm | | | Plaintiff attorney Nisenbaum Cross of witness Wong | |
| | | 1:16pm | | | Defendant Moriarty Redirect of witness Wong | |
| | | 1:20pm | | | Court asks question of witness Wong re jury note/question | |
| | | 1:22pm | | | Defendant Moriarty redirect of witness Wong | |
| | | 1:24pm | | | Plaintiff attorney Nisenbaum Re-Cross of witness Wong | |
| | | 1:25pm | | | Witness excused from stand | |
| | | 1:25pm | | | Court instructs Jury re reading depositions in this case | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
| | | 1:27pm | | | Defendant attorney Moriarty calls witness Demora Evans through the reading of deposition excerpts by attorney Moriarty and Defendant attorney Allen | D |
| | | 1:53pm | | | Plaintiff attorney Nisenbaum reads with assistance of defense counsel portions of Evans Depositions | |
| | | 1:56pm | | | Defendant attorney Moriarty and Defendant attorney Allen read portions of Evans Deposition. | |
| | | 1:56pm | | | DEFENSE RESTS | |
| | | 1:57pm | | | RECESS (10 min) | |
| | | 2:08pm | | | Judge enters courtroom | |
| | | 2:11pm | | | Jury enters courtroom. COURT INSTRUCTS JURY AS TO PHASE TWO OF TRIAL | |
| | | 2:26pm | | | Plaintiff attorney  Nisenbaum Closing Statement. | |
| | | 2:46pm | | | Defendant attorney Moriarty Closing Statement | |
| | | 3:50pm | | | RECESS | |
| | | 3:53PM | | | Plaintiff attorney Burris Rebuttal Closing Statement | |
| | | 4:13pm | | | Court gives further Instructions to the Jury. | |
| | | 4:15pm | | | Jury exits courtroom and begins Deliberation | |
| | | 4:16pm | | | Discussion with counsel. | |
| | | 4:18pm | | | Recess for counsel | |
| | | 4:25pm | | | Jury note | |
| | | 4:25pm | | | Jury exits for the day and will retrun 3/11/2020 at 8:00am | |
| | | 4:27pm | | | Discussion with counsel | |
| | | 4:32pm | | | Recess for counsel. | |
| | | 3/11/2020 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:25am | | | Further Jury Deliberation | |
| | | 1:43pm | | | Counsel and Court discussion with counsel  re defense email request  to go on the record. | |
| | | 2:10pm | | | RECESS. Counsel to return at 3:30pm. | |
| | | 3:25pm | | | Counsel and Court Discussion. | |
| | | 3:31pm | | | JURY NOTE- Verdict reached | |
| | | 3:34pm | | | Discussion with counsel. | |
| | | 3:37pm | | | Jury enters courtroom. | |
| | | 3:40pm | | | Verdict for Phase One signed 3/5/2020 Read in Courtroom. Jury polled, Unanimous | |
| | | | | | | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|  |  | 3:42pm |  |  | Verdict for Phase Two signed 3/111/2020 read in Courtroom. Jury polled. Unanimous |  |
|  |  | 3:44pm |  |  | Court thanks and dismisses Jury |  |
|  |  | 3:45pm |  |  | Recess for counsel. Counsel returns to courtroom |  |
|  |  |  |  |  | Discussion re filing post-trial motions. Opening Briefs filed 4/22/2020. Responses filed 5/20/2020. Replies filed 6/10/2020. Court may have briefs submitted on the papers.  Counsel oral stipulation that attorney fee motion remain open pending appeal. |  |
|  |  | 3:50pm |  |  | Recess. TRIAL COMPLETED. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |