UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| YOLANDA BANKS-REED, et al.,<br><br>                      Plaintiffs,<br>   v.<br><br>JOSEPH MATEU, III,<br><br>                      Defendants. | CASE NO.: 18-cv-05755-YGR<br><br>**JUDGMENT IN A CIVIL CASE**<br><br><br>Hon. Yvonne G. Rogers |

**(x) Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**() Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the verdicts filed on March 11, 2020 (Doc. Nos. 134, 135), **IT IS ORDERED, ADJUDGED AND DECREED THAT** judgment be entered in favor of Plaintiffs as follows:

**Phase 1, 4th Amendment section 1983, Estate of Tindle against Defendant JOSEPH MATEU, III**:

      Estate of Shaleem Tindle: $5,375,000.00.

**Phase 2, Wrongful death/comparative fault, Minor Plaintiffs S.A.T and S.I.T., by and through their Guardian Ad Litem Ciarra Turner against Defendant JOSEPH MATEU, III**:

<u>Comparative Fault</u>:

    Joseph Mateu:  32%, Shaleem Tindle:  68%

<u>Wrongful Death damages</u>:

    Economic Damage:  $10,800.00

    Non-economic damages:  $1,900,000.00

Costs and Attorneys' fees to be determined.

Dated: October 8, 2020

Hon. Yvonne Gonzalez Roger
UNITED STATES DISTRICT JUDGE