| | | | COURT USE ONLY | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | OBJECTION DEADLINE: November 5, 2020 OBJECTION FILED: YES ☐    No ☒ | | |
| 1. CASE NAME Banks-Reed et al v. Bay Area Rapid Transit et al | 2. CASE NUMBER 4:18-cv-05755-YGR | 3. DATE JUDGMENT ENTERED 10/08/2020 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Defendant JOSEPHMATEU, III: | | |
| 5. NAME OF CLAIMING PARTY The Estate of Sahleem Tindle | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Benjamin Nisenbaum, Esq. | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE | | |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:  (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400.00 | Filing fee $ 400, receipt number 0971-12694193 | $400.00 | | |
| Service of Process, Civil LR 54-3(a)(2) | 275.00 | See attachment | $35.00 | $240.00 | E |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | 942.30 | See attachment | $942.30 | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 942.30 | See attachment | | $942.30 | A |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 2639.90 | See attachment | $2,639.30 | $0.60 | Addition error |
| Deposition exhibits, Civil LR 54-3(c)(3) | 130.50 | See attachment | $130.50 | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | 5.00 | See attachment | $5.00 | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 812.91 | See attachment | $812.91 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | 5114.94 | | $2,842.98 | | $2,271.96 | C |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | | |
| g. MISCELLANEOUS COSTS | | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | | |
| TOTAL AMOUNT | ~~$10320.55~~ $11262.85 | | $ 7,807.99 | | $ 3,454.86 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:

SIGNATURE: /s/ Benjamin Nisenbaum  10/22/2020

11. Costs are taxed in the amount of $7,807.99 and included in the judgment.

Susan Y. Soong
Clerk of Court

BY: /s/ Kelly Collins , Deputy Clerk  DATE: 11/17/2020

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Roger Clark, San Diego, CA | 2 | 80 | 1 | 522 | 892 roundtrip | ~~1132.84~~ 580 | ~~1701.84~~ 1182.00 |
| Roger Clark, San Diego, CA | 1 | 40 | | | 892 | ~~1132.84~~ 548 | ~~1172.84~~ 588.00 |
| Roger Clark, San Diego, CA | 1 | 40 | 1 | 195 | 892 | ~~1132.84~~ 580 | ~~1172.84~~ 815.00 |
| Gregg Stutchman, Napa, CA | 1 | 40 | | | 85.20 | ~~108.21~~ 48.99 | ~~148.21~~ 88.99 |
| Gregg Stutchman, Napa, CA | 1 | 40 | ~~1~~ | ~~261~~ | 85.20 | ~~108.21~~ 48.99 | ~~369.21~~ 88.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dr. John Iocco | | 1 | 275 | | | | | ~~275~~ ~~40.00~~ |
| Dr. John Iocco | | 1 | 275 | | | | | ~~275~~ ~~40.00~~ |
| | | | | | | TOTAL WITNESS FEES/EXPENSES | | ~~$5114.94~~ |

$2842.98