JOHN L. BURRIS, ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ., SBN 222173
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com

Attorneys for Plaintiffs

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PATRICK MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| YOLANDA BANKS-REED, et al., | CASE NO.: 18-cv-05755-YGR |
| Plaintiffs, v. | **ORDER GRANTING STIPULATION AND DENYING AS MOOT PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS** |
| BAY AREA RAPID TRANSIT, et al., | |
| Defendants. | DATE: January 5, 2021<br>TIME:   2:00 p.m.<br>COURTROOM: 1 |
| | Hon. Yvonne Gonzalez Rogers |

Order Granting Stipulation and Denying as Moot Plaintiffs' Motion for Reasonable Attorney's Fees
*Banks-Reed, et al. v. BART, et al.*, 18-cv-05755-YGR

**STIPULATION**

Having met and conferred on the filing of Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs, the parties hereby stipulate to the following: that the rates, hours and costs requested in the moving papers and supported by the Declarations of Documents 175 to 175-18 and Document 176 to 176-1, filed on November 6, 2020 and on November 9, 2020, respectively, are reasonable and should be awarded as follows:

1. The hours submitted for work on the trial and on post-trial work equaling One Thousand and Forty Six hours and 9/10's (1,046.9) and Seventy hours (70) for work on the fee motion are reasonable.

2. The rates requested, set forth on page 22, of Document 175 are reasonable. These rates multiplied by 1,046.9 equal Six Hundred Eighty Four Thousand, Three hundred and Ninety Dollars and no cents ($684,390.00) for trial and post-trial work and Fifty-Two Thousand and Five Hundred and no cents ($52,500) for work on the fee motion, set forth in the following chart of fee rates and hours:

| Biller | Rate | Hours on Litigation | Subtotal Litigation | Hours on Fee Motion | Subtotal on Fee Motion |
|---|---|---|---|---|---|
| John Burris | $1000 | 203.5 | $203,500 | | |
| Benjamin Nisenbaum | $750 | 301.9 | $226,425 | 7 | $5,250 |
| Ayana Curry | $750 | 195.3 | $146,475 | 63 | $47,250 |
| Lateef Gray | $450 | 155 | $69,750 | | |
| Alejandra Ramirez | $200 | 144.5 | $28,900 | | |
| Latonia Robinson | $200 | 46.7 | $9,340 | | |
| **Totals** | | 1046.9 | $684,390 | 70 | $52,500 |

Order Granting Stipulation and Denying as Moot Plaintiffs' Motion for Reasonable Attorney's Fees
*Banks-Reed, et al. v. BART, et al.*, 18-cv-05755-YGR

3. Plaintiffs' out-of-pocket expenses are in the sum of Two Thousand, Seven hundred and Thirty One dollars, and Ninety Six cents ($2,731.96) are reasonable.

4. The request for the enhancement multiplier of 1.3 set forth in the above-referenced motions shall be dismissed.

5. The enforcement of the order is stayed pending resolution of all appeals.

6. This order is moot if Defendants' appeals are granted in full.

7. If the appeals are granted to the federal causes of action or if a new trial is ordered on the Federal causes of action, but the negligence finding is upheld, the order is moot because there is no attorney fee recovery on state law negligence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 30, 2020                **THE LAW OFFICES OF JOHN L. BURRIS**

                                        /s/ *John L. Burris*
                                        John L. Burris
                                        Benjamin Nisenbaum
                                        Attorneys for Plaintiffs

Dated:  November 30, 2020               ALLEN, GLAESSNER,
                                        HAZELWOOD & WERTH, LLP


                                    By: /s/ *Dale L. Allen, Jr.*
                                        DALE L. ALLEN, JR.
                                        PATRICK MORIARTY
                                        KEVIN ALLEN
                                        Attorneys for Defendant
                                        JOSEPH MATEU III

Order Granting Stipulation and Denying as Moot Plaintiffs' Motion for Reasonable Attorney's Fees
*Banks-Reed, et al. v. BART, et al.*, 18-cv-05755-YGR

**ORDER**

The Court hereby grants the parties' stipulation as follows:

1. The hours submitted for work on the trial and post-trial work are One Thousand and Forty Six hours and 9/10's (1,046.9) for and Seventy hours (70) for work on the fee motion are reasonable.

2. The rates requested, set forth on page 22, of Document 175, are reasonable. These rates multiplied by 1,046.9 equal Six Hundred Eighty Four Thousand, Three hundred and Ninety Dollars and no cents ($684,390.00) for trial and post-trial work and Fifty-Two Thousand and Five Hundred and no cents ($52,500) for work on the fee motion, set forth in the following chart of fee rates and hours:

| Biller | Rate | Hours on Litigation | Subtotal Litigation | Hours on Fee Motion | Subtotal on Fee Motion |
|---|---|---|---|---|---|
| John Burris | $1000 | 203.5 | $203,500 | | |
| Benjamin Nisenbaum | $750 | 301.9 | $226,425 | 7 | $5,250 |
| Ayana Curry | $750 | 195.3 | $146,475 | 63 | $47,250 |
| Lateef Gray | $450 | 155 | $69,750 | | |
| Alejandra Ramirez | $200 | 144.5 | $28,900 | | |
| Latonia Robinson | $200 | 46.7 | $9,340 | | |
| **Totals** | | 1046.9 | $684,390 | 70 | $52,500 |

3. Out-of-pocket expenses for Plaintiffs are in the sum of Two Thousand, Seven hundred and Thirty One dollars, and Ninety Six cents ($2,731.96) are reasonable.

4. There shall be no enhancement multiplier in the above-referenced motions.

5. The enforcement of this order is stayed pending resolution of all appeals.

Order Granting Stipulation and Denying as Moot Plaintiffs' Motion for Reasonable Attorney's Fees
*Banks-Reed, et al. v. BART, et al.*, 18-cv-05755-YGR

6. This order is moot if Defendants' appeals are granted in full.

7. In the event Defendants' appeals are granted as to the Federal causes of action or if a new trial is ordered on the Federal causes of action, but the negligence finding is upheld, this order is moot because there is no attorney fee recovery on state law negligence.

8. The total fees and costs due to Plaintiffs by the instant stipulation are in the amount of: $739,621.96.

Accordingly, Plaintiffs' Motion for Attorney's Fees is denied as moot.

This Order terminates Docket Numbers 175 and 180.

**IT IS SO ORDERED.**

Dated: December 2, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE